UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lawrence Johnson,                                                   Civil No. 12-784 (PAM/JSM)

                Plaintiff,

v.                                                                                       **ORDER**

Minnesota Department of Corrections,
Minnesota Correctional Facility
Stillwater, Michelle Smith, John King,
Lynn Dingle, Joan Fabian, Dennis
Benson, Paul Gorder, Steve Rada,
Ron Swindell, Terrill Florcyk,
Margaret Thom, Loretta Rykes, and
John Doe 1-6,

                Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Janie S. Mayeron dated May 15, 2012. In the R&R, Magistrate Judge Mayeron recommended that Plaintiff's claims be dismissed. Plaintiff has failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 5).

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff's application to proceed in forma pauperis (Docket No. 2) is **DENIED**;

2. Plaintiff's claims under 42 U.S.C. § 1983 are summarily **DISMISSED** under 28 U.S.C. § 1915A(b)(1);

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims, and those claims are **DISMISSED without prejudice**; and

4. Plaintiff must pay the unpaid balance of the Court filing fee, namely $292.00, in accordance with 28 U.S.C. § 1915(b)(2).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 5, 2012

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge